FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA12-037M |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| JOSE SEDANO-CHAVEZ, | |
| Defendant. | |

**I.**

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1. B.  (X)  On motion by the Government/( ) on Court's own motion, in a case allegedly involving:
2.     (X)  On the further allegation by the Government of:
3.         1.  (X)  a serious risk that the defendant will flee.
4.         2.  ( )  a serious risk that the defendant will:
5.             a.  ( )  obstruct or attempt to obstruct justice.
6.             b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.
7. C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X)  The Court finds that no condition or combination of conditions will reasonably assure:
1.  (X)  the appearance of the defendant as required.
    (X)  and/or
2.  (X)  the safety of any person or the community.
B.  (X)  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:
A.  (X)  the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
B.  (X)  the weight of evidence against the defendant;

1  C.  (X)  the history and characteristics of the defendant; and
2  D.  (X)  the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:
A.  (X)  As to flight risk:  Defendant's status as an illegal alien with strong ties to Mexico, lack of bail resources, and lack of ties to the local community.
B.  (X)  As to danger: The nature of the charged offense.

### VI.

A.  ( )  The Court finds that a serious risk exists the defendant will:
    1.  ( )  obstruct or attempt to obstruct justice.
    2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.  The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1  custody pending appeal.

2  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
3      opportunity for private consultation with counsel.

4  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
5      request of any attorney for the Government, the person in charge of the
6      corrections facility in which defendant is confined deliver the defendant to a
7      United States marshal for the purpose of an appearance in connection with a
8      court proceeding.

10 Dated: February 3, 2012

                                    /s/  Arthur Nakazato
                                 _____
                                    ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE